# **EXHIBIT C**

# **American Intellectual Property Law Association ("AIPLA") Report of the Economic Survey 2021**

**BILLING RATES AND PRACTICES**

- The 2020 median total firm billings for professional legal services were $3,780,000, which is considerably lower than was reported for 2018 ($6,050,000). This figure is closer to what was for 2014 ($3,914,712) and 2012 ($3,272,000).

- For all respondents, 55.1% of 2020 IP billings were for patent applications and prosecution, while 15.9% of IP billings were for litigation (not including post-grant actions at the USPTO), and 15.1% were for trademark applications and prosecution.

- The 2020 median total billings per attorney was $415,963, which is between the median reported for 2018 of $450,206 and the median of $402,089 for 2016, all of which are higher than the median value in 2014 ($374,810). The average total billings per attorney in 2020 was $430,274. Whether looking at the average or the median, total billings rise along with firm size, reaching a high of $740,867 (median) among firms with 101 or more attorneys. The average billings per attorney in 2020 for this same segment was $727,156.

- The 2020 median average billing rate for IP work was $400, which is the same as was reported for 2018. The 2020 average billing rate for IP work was $435. The largest firms (101 or more attorneys) report the highest median average billing rate of $529, which is higher than reported in 2018 ($516).

- The median average billing rate for non-IP work was $450, which is higher than reported for 2018 ($385), 2016 ($375), and 2014 ($395). Respondents at the largest firms (101 or more attorneys) reported a median average billing rate for non-IP work of $575, while those at firms with one attorney reported a median of $350.

- The ratio of firm's collections to the firm's billings in 2020 was 94.1%, nearly the same as reported for 2018 (94.3%). This figure has been fairly steady over the last few survey waves.

- Overhead as a percent of total 2020 collections for all responding firms was 33.5%, which is slightly lower than reported for 2018 (36.0%).

- The average percent change in billings for IP legal services from 2019 to 2020 was 9.1%, which is lower than the average change in billings reported for 2017 to 2018 (13.1%), but is the same as reported when comparing billings from 2015 to 2016.

- The average percent change in revenue for IP legal services from 2019 to 2020 was 9.6%.



**Average Percentage of 2020 IP Billings**
(P. F-18, Q24)

- Patent applications and prosecution: 55.1%
- Trademark registration and prosecution: 15.1%
- Copyright registration applications: 1.8%
- Licensing: 3.6%
- Litigation (not including post-grant actions at the USPTO): 15.9%
- PTAB/TTAB proceedings: 2.9%
- Other IP work: 5.6%

## Total 2020 Billings Per Attorney (P. F-22, Q25)
*By Number of Attorneys in Firm in 2020*



|  | One | Two | 3-5 | 6-10 | 11-30 | 31-100 | 101 or More | All Respondents |
|---|---|---|---|---|---|---|---|---|
| 3rd Quartile | $380,000 | $387,500 | $425,000 | $555,857 | $620,765 | $677,419 | $970,284 | $579,482 |
| Median | $200,000 | $260,417 | $325,268 | $360,189 | $451,217 | $562,686 | $740,867 | $415,963 |
| Mean | $225,718 | $276,076 | $323,364 | $367,663 | $504,894 | $558,521 | $727,156 | $430,274 |
| 1st Quartile | $61,500 | $133,292 | $171,250 | $239,236 | $397,368 | $481,013 | $557,607 | $254,236 |

## Average Billing Rate for IP Work (P. F-27, Q31c)
*By Number of Attorneys in Firm in 2020*



|  | One | Two | 3-5 | 6-10 | 11-30 | 31-100 | 101 or More | All Respondents |
|---|---|---|---|---|---|---|---|---|
| 3rd Quartile | $493 | $388 | $441 | $438 | $430 | $559 | $740 | $495 |
| Median | $400 | $350 | $390 | $400 | $383 | $466 | $529 | $400 |
| Mean | $405 | $353 | $414 | $395 | $392 | $452 | $601 | $435 |
| 1st Quartile | $326 | $313 | $351 | $328 | $337 | $364 | $450 | $350 |









## Trend in Hourly Billing Rate for IP Work: 2002-2020 (P. F-27, Q31c)

## Average Billing Rate for Non-IP Work (P. F-25, Q30c)

***By Number of Attorneys in Firm in 2020***

| | One | Two | 3-5 | 6-10 | 11-30 | 31-100 | 101 or More | All Respondents |
|---|---|---|---|---|---|---|---|---|
| 3rd Quartile | $475 | ISD | $428 | $448 | $613 | $550 | $734 | $556 |
| Median | $350 | $365 | $395 | $400 | $485 | $400 | $575 | $450 |
| Mean | $347 | $372 | $396 | $400 | $487 | $441 | $626 | $477 |
| 1st Quartile | $225 | ISD | $364 | $353 | $363 | $336 | $471 | $369 |

## Average Ratios for 2020 (P. F-23, Q26 & Q27)

*By Number of Attorneys in Firm*

## Average Percent Change in Billings and Revenue from 2019 to 2020 (P. F-23, Q28 & Q29)

*By Number of Attorneys in Firm*

## LIABILITY INSURANCE

- The median maximum liability insurance coverage total in 2020 was $4,000,000. This is the same as reported for the past three surveys.
- The median maximum liability insurance coverage for each claim in 2020 was $2,000,000, which is lower than the $3,000,000 reported for 2018, 2016, and 2014.
- The median total deductible was $25,000, as was the median per claim deductible. These amounts have not changed from recent survey waves.
- Median liability insurance cost per attorney in 2020 was $4,850, higher than reported for 2018 ($4,481) and 2016 ($4,775).
- Firms report that in the past five years, there has been a median of one liability claim for IP matters, with a median of .039 claims for IP matters made per attorney, and a median of 0.040 claims for IP matters per IP attorney.

**Minimum and maximum 2020 attorney billing rates for non-IP work (Q30a-Q30b)**

| Number of Attorneys/Location | | | Number of Firms Reporting | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
|---|---|---|---|---|---|---|---|
| Minimum billing rate for non-IP work | All Firms | | 50 | $303 | $219 | $298 | $356 |
| | Number of Attorneys | One | 9 | $334 | $200 | $350 | $465 |
| | | Two | 3 | $340 | ISD | $350 | ISD |
| | | 3-5 | 4 | $333 | $325 | $328 | $345 |
| | | 6-10 | 5 | $283 | $225 | $250 | $358 |
| | | 11-30 | 6 | $274 | $200 | $288 | $343 |
| | | 31-100 | 7 | $278 | $195 | $243 | $325 |
| | | 101 or More | 16 | $298 | $155 | $273 | $425 |
| | Location | Boston CMSA | 4 | $331 | $191 | $293 | $510 |
| | | NYC CMSA | 4 | $355 | $231 | $370 | $464 |
| | | Philadelphia CMSA | 4 | $273 | $168 | $300 | $350 |
| | | Washington, DC CMSA | 3 | $233 | ISD | $250 | ISD |
| | | Other Southeast | 3 | $267 | ISD | $350 | ISD |
| | | Minne.-St. Paul PMSA | 3 | $302 | ISD | $310 | ISD |
| | | Other Central | 8 | $271 | $211 | $275 | $344 |
| | | Texas | 4 | $384 | $264 | $363 | $525 |
| | | San Francisco CMSA | 3 | $507 | ISD | $505 | ISD |
| | | Other West | 8 | $237 | $196 | $238 | $288 |
| Maximum billing rate for non-IP work | All Firms | | 50 | $754 | $445 | $613 | $983 |
| | Number of Attorneys | One | 9 | $412 | $225 | $350 | $500 |
| | | Two | 3 | $418 | ISD | $430 | ISD |
| | | 3-5 | 4 | $450 | $388 | $438 | $525 |
| | | 6-10 | 5 | $573 | $450 | $575 | $695 |
| | | 11-30 | 6 | $691 | $493 | $675 | $931 |
| | | 31-100 | 7 | $653 | $500 | $650 | $800 |
| | | 101 or More | 16 | $1,210 | $875 | $1,143 | $1,474 |
| | Location | Boston CMSA | 4 | $1,385 | $1,006 | $1,315 | $1,834 |
| | | NYC CMSA | 4 | $769 | $616 | $770 | $920 |
| | | Philadelphia CMSA | 4 | $950 | $625 | $900 | $1,325 |
| | | Washington, DC CMSA | 3 | $575 | ISD | $550 | ISD |
| | | Other Southeast | 3 | $642 | ISD | $425 | ISD |
| | | Minne.-St. Paul PMSA | 3 | $798 | ISD | $395 | ISD |
| | | Other Central | 8 | $492 | $313 | $403 | $639 |
| | | Texas | 4 | $894 | $600 | $838 | $1,244 |
| | | San Francisco CMSA | 3 | $1,210 | ISD | $1,480 | ISD |
| | | Other West | 8 | $524 | $288 | $475 | $650 |

**Average billing rate for non-IP work (Q30c)**

|  |  | Average billing rate for non-IP work | | | | |
|---|---|---|---|---|---|---|
|  |  | Number of Firms Reporting | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Firms |  | 50 | $477 | $369 | $450 | $556 |
| Number of Attorneys | One | 9 | $347 | $225 | $350 | $475 |
|  | Two | 3 | $372 | ISD | $365 | ISD |
|  | 3-5 | 4 | $396 | $364 | $395 | $428 |
|  | 6-10 | 5 | $400 | $353 | $400 | $448 |
|  | 11-30 | 6 | $487 | $363 | $485 | $613 |
|  | 31-100 | 7 | $441 | $336 | $400 | $550 |
|  | 101 or More | 16 | $626 | $471 | $575 | $734 |
| Location | Boston CMSA | 4 | $767 | $610 | $705 | $986 |
|  | NYC CMSA | 4 | $480 | $411 | $485 | $544 |
|  | Philadelphia CMSA | 4 | $490 | $450 | $456 | $565 |
|  | Washington, DC CMSA | 3 | $388 | ISD | $400 | ISD |
|  | Other Southeast | 3 | $459 | ISD | $400 | ISD |
|  | Minne.-St. Paul PMSA | 3 | $404 | ISD | $395 | ISD |
|  | Other Central | 8 | $364 | $275 | $353 | $451 |
|  | Texas | 4 | $553 | $539 | $550 | $569 |
|  | San Francisco CMSA | 3 | $781 | ISD | $888 | ISD |
|  | Other West | 8 | $343 | $264 | $353 | $400 |

**Minimum and maximum 2020 attorney billing rates for IP work (Q31a-Q31b)**

| Number of Attorneys/Location | | | Number of Firms Reporting | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
|---|---|---|---|---|---|---|---|
| Minimum billing rate for IP work | | All Firms | 134 | $296 | $225 | $278 | $350 |
| | Number of Attorneys | One | 21 | $370 | $280 | $380 | $473 |
| | | Two | 8 | $305 | $243 | $298 | $388 |
| | | 3-5 | 21 | $307 | $250 | $300 | $355 |
| | | 6-10 | 17 | $274 | $200 | $250 | $325 |
| | | 11-30 | 25 | $254 | $188 | $240 | $313 |
| | | 31-100 | 22 | $255 | $219 | $260 | $283 |
| | | 101 or More | 19 | $321 | $235 | $295 | $375 |
| | Location | Boston CMSA | 8 | $326 | $239 | $300 | $394 |
| | | NYC CMSA | 11 | $305 | $250 | $295 | $360 |
| | | Philadelphia CMSA | 6 | $268 | $208 | $238 | $355 |
| | | Washington, DC CMSA | 19 | $333 | $250 | $325 | $400 |
| | | Other East | 5 | $286 | $178 | $275 | $400 |
| | | Metro Southeast | 6 | $276 | $244 | $270 | $318 |
| | | Other Southeast | 3 | $325 | ISD | $325 | ISD |
| | | Chicago CMSA | 9 | $332 | $268 | $300 | $403 |
| | | Minne.-St. Paul PMSA | 7 | $271 | $180 | $275 | $340 |
| | | Other Central | 19 | $240 | $185 | $235 | $285 |
| | | Texas | 9 | $328 | $255 | $275 | $410 |
| | | Los Angeles CMSA | 5 | $328 | $250 | $315 | $413 |
| | | San Francisco CMSA | 5 | $433 | $323 | $500 | $510 |
| | | Other West | 19 | $248 | $195 | $200 | $295 |
| Maximum billing rate for IP work | | All Firms | 134 | $625 | $445 | $550 | $750 |
| | Number of Attorneys | One | 21 | $452 | $338 | $425 | $500 |
| | | Two | 8 | $378 | $313 | $375 | $423 |
| | | 3-5 | 21 | $510 | $400 | $490 | $550 |
| | | 6-10 | 17 | $566 | $498 | $550 | $648 |
| | | 11-30 | 25 | $582 | $490 | $560 | $675 |
| | | 31-100 | 22 | $741 | $638 | $715 | $876 |
| | | 101 or More | 19 | $1,032 | $785 | $995 | $1,200 |
| | Location | Boston CMSA | 8 | $949 | $475 | $750 | $1,410 |
| | | NYC CMSA | 11 | $685 | $575 | $695 | $785 |
| | | Philadelphia CMSA | 6 | $815 | $505 | $923 | $1,069 |
| | | Washington, DC CMSA | 19 | $563 | $400 | $550 | $680 |
| | | Other East | 5 | $405 | $313 | $400 | $500 |
| | | Metro Southeast | 6 | $549 | $350 | $488 | $718 |
| | | Other Southeast | 3 | $605 | ISD | $500 | ISD |
| | | Chicago CMSA | 9 | $613 | $475 | $535 | $808 |
| | | Minne.-St. Paul PMSA | 7 | $630 | $385 | $507 | $870 |
| | | Other Central | 19 | $520 | $375 | $480 | $660 |
| | | Texas | 9 | $709 | $523 | $635 | $863 |
| | | Los Angeles CMSA | 5 | $633 | $458 | $500 | $875 |
| | | San Francisco CMSA | 5 | $850 | $538 | $695 | $1,240 |
| | | Other West | 19 | $541 | $450 | $500 | $600 |

**Average billing rate for IP work (Q31c)**

|  |  | Average billing rate for IP work | | | | |
|---|---|---|---|---|---|---|
|  |  | Number of Firms Reporting | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Firms |  | 134 | $435 | $350 | $400 | $495 |
| Number of Attorneys | One | 21 | $405 | $326 | $400 | $493 |
|  | Two | 8 | $353 | $313 | $350 | $388 |
|  | 3-5 | 21 | $414 | $351 | $390 | $441 |
|  | 6-10 | 17 | $395 | $328 | $400 | $438 |
|  | 11-30 | 25 | $392 | $337 | $383 | $430 |
|  | 31-100 | 22 | $452 | $364 | $466 | $559 |
|  | 101 or More | 19 | $601 | $450 | $529 | $740 |
| Location | Boston CMSA | 8 | $574 | $400 | $497 | $705 |
|  | NYC CMSA | 11 | $474 | $400 | $457 | $575 |
|  | Philadelphia CMSA | 6 | $491 | $354 | $465 | $664 |
|  | Washington, DC CMSA | 19 | $440 | $390 | $400 | $450 |
|  | Other East | 5 | $354 | $305 | $350 | $405 |
|  | Metro Southeast | 6 | $395 | $332 | $361 | $434 |
|  | Other Southeast | 3 | $473 | ISD | $425 | ISD |
|  | Chicago CMSA | 9 | $452 | $395 | $490 | $508 |
|  | Minne.-St. Paul PMSA | 7 | $415 | $328 | $384 | $503 |
|  | Other Central | 19 | $362 | $300 | $353 | $400 |
|  | Texas | 9 | $447 | $363 | $431 | $538 |
|  | Los Angeles CMSA | 5 | $441 | $365 | $450 | $513 |
|  | San Francisco CMSA | 5 | $633 | $431 | $500 | $900 |
|  | Other West | 19 | $366 | $310 | $350 | $425 |

## Average hourly billing rate in 2020 (Q33)

*Private Firm, Equity Partner*

| | | Average hourly billing rate in 2020 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 253 | $558 | $344 | $400 | $500 | $650 | $887 |
| Years of IP Law Attorney Experience | 7-9 | 7 | $372 | ISD | $290 | $375 | $401 | ISD |
| | 10-14 | 31 | $545 | $341 | $395 | $480 | $625 | $889 |
| | 15-24 | 89 | $532 | $340 | $398 | $495 | $614 | $757 |
| | 25-34 | 82 | $577 | $377 | $424 | $530 | $680 | $899 |
| | 35 or More | 36 | $648 | $340 | $450 | $593 | $855 | $1,100 |
| Location | Boston CMSA | 6 | $637 | ISD | $464 | $600 | $831 | ISD |
| | NYC CMSA | 19 | $712 | $400 | $500 | $600 | $980 | $1,150 |
| | Philadelphia CMSA | 6 | $726 | ISD | $528 | $700 | $861 | ISD |
| | Washington, DC CMSA | 31 | $633 | $400 | $460 | $525 | $847 | $962 |
| | Other East | 12 | $523 | $315 | $385 | $488 | $528 | $1,046 |
| | Metro Southeast | 15 | $564 | $358 | $375 | $500 | $590 | $1,026 |
| | Other Southeast | 5 | $453 | ISD | $368 | $410 | $559 | ISD |
| | Chicago CMSA | 10 | $586 | $329 | $469 | $640 | $700 | $736 |
| | Minne.-St. Paul PMSA | 19 | $530 | $295 | $360 | $500 | $675 | $875 |
| | Other Central | 56 | $453 | $300 | $368 | $415 | $544 | $665 |
| | Texas | 23 | $549 | $339 | $415 | $498 | $700 | $900 |
| | Los Angeles CMSA | 14 | $657 | $372 | $443 | $613 | $780 | $1,200 |
| | San Francisco CMSA | 5 | $665 | ISD | $463 | $595 | $903 | ISD |
| | Other West | 32 | $513 | $308 | $356 | $470 | $613 | $787 |
| IP Technical Specialization (>=50%) | Biotechnology | 10 | $569 | $400 | $402 | $473 | $700 | $1,015 |
| | Chemical | 7 | $430 | ISD | $350 | $450 | $500 | ISD |
| | Computer Software | 27 | $546 | $320 | $375 | $450 | $560 | $1,004 |
| | Electrical | 21 | $603 | $302 | $398 | $498 | $838 | $1,073 |
| | Mechanical | 51 | $492 | $342 | $380 | $460 | $560 | $700 |
| | Medical/ Health Care | 15 | $541 | $298 | $400 | $600 | $685 | $702 |
| | Other areas | 4 | $481 | ISD | $406 | $463 | $575 | ISD |
| Age | Younger than 35 | 4 | $364 | ISD | $305 | $376 | $412 | ISD |
| | 35-39 | 13 | $498 | $366 | $385 | $425 | $553 | $900 |
| | 40-44 | 32 | $513 | $297 | $375 | $450 | $634 | $831 |
| | 45-49 | 29 | $616 | $350 | $400 | $520 | $750 | $1,100 |
| | 50-54 | 48 | $517 | $349 | $400 | $475 | $594 | $710 |
| | 55-59 | 57 | $546 | $350 | $400 | $500 | $617 | $806 |
| | 60 or Older | 64 | $614 | $308 | $429 | $528 | $748 | $1,100 |
| Gender | Male | 208 | $563 | $350 | $400 | $500 | $650 | $903 |
| | Female | 32 | $510 | $340 | $381 | $450 | $583 | $735 |
| | Prefer not to respond | 6 | $500 | ISD | $375 | $475 | $638 | ISD |
| Highest Non-Law Degree | Bachelor's Degree | 187 | $563 | $350 | $401 | $500 | $650 | $879 |
| | Master's Degree | 44 | $571 | $300 | $400 | $525 | $700 | $933 |
| | Doctorate Degree | 21 | $489 | $261 | $360 | $460 | $613 | $748 |
| Ethnicity | White/Caucasian | 200 | $548 | $350 | $400 | $500 | $642 | $873 |
| | Black/African American | 3 | $463 | ISD | ISD | $400 | ISD | ISD |
| | Hispanic/Latino | 4 | $570 | ISD | $424 | $558 | $729 | ISD |
| | Asian/Pacific Islander | 14 | $578 | $340 | $400 | $625 | $716 | $776 |
| | Blended | 4 | $681 | ISD | $469 | $600 | $975 | ISD |
| | Prefer not to respond | 19 | $612 | $300 | $400 | $510 | $750 | $1,250 |
| | Other | 3 | $412 | ISD | ISD | $350 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $406 | $284 | $353 | $400 | $500 | $530 |
| | 3-5 | 29 | $441 | $340 | $383 | $420 | $483 | $625 |
| | 6-10 | 28 | $486 | $323 | $400 | $463 | $569 | $713 |
| | 11-25 | 57 | $508 | $340 | $380 | $435 | $598 | $750 |
| | 26-50 | 33 | $585 | $329 | $435 | $525 | $685 | $1,016 |
| | 51-100 | 47 | $686 | $415 | $520 | $600 | $850 | $1,100 |
| | 101-150 | 17 | $606 | $347 | $498 | $600 | $693 | $860 |
| | More than 150 | 15 | $822 | $441 | $560 | $795 | $1,100 | $1,240 |

Private Firm, Partner-Track Attorney

## Average hourly billing rate in 2020 (Q33)

*Private Firm, Partner-Track Attorney*

| | | Average hourly billing rate in 2020 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 74 | $432 | $275 | $320 | $390 | $500 | $650 |
| Years of IP Law Attorney Experience | Fewer than 5 | 13 | $375 | $233 | $263 | $340 | $443 | $676 |
| | 5-6 | 6 | $338 | ISD | $267 | $308 | $421 | ISD |
| | 7-9 | 20 | $446 | $287 | $329 | $390 | $515 | $738 |
| | 10-14 | 19 | $490 | $300 | $320 | $425 | $550 | $950 |
| | 15-24 | 12 | $412 | $308 | $335 | $385 | $450 | $599 |
| Location | Boston CMSA | 6 | $540 | ISD | $366 | $508 | $728 | ISD |
| | NYC CMSA | 3 | $717 | ISD | ISD | $755 | ISD | ISD |
| | Philadelphia CMSA | 3 | $482 | ISD | ISD | $515 | ISD | ISD |
| | Washington, DC CMSA | 11 | $424 | $260 | $320 | $421 | $500 | $584 |
| | Other East | 4 | $325 | ISD | $284 | $320 | $371 | ISD |
| | Metro Southeast | 4 | $413 | ISD | $366 | $410 | $461 | ISD |
| | Other Southeast | 5 | $399 | ISD | $311 | $400 | $488 | ISD |
| | Minne.-St. Paul PMSA | 7 | $354 | ISD | $285 | $340 | $360 | ISD |
| | Other Central | 9 | $324 | ISD | $288 | $325 | $373 | ISD |
| | Texas | 6 | $486 | ISD | $354 | $450 | $593 | ISD |
| | San Francisco CMSA | 3 | $737 | ISD | ISD | $910 | ISD | ISD |
| | Other West | 10 | $376 | $227 | $267 | $350 | $508 | $547 |
| IP Technical Specialization (>=50%) | Chemical | 4 | $384 | ISD | $284 | $405 | $463 | ISD |
| | Computer Software | 13 | $419 | $240 | $315 | $450 | $503 | $624 |
| | Electrical | 7 | $458 | ISD | $300 | $365 | $595 | ISD |
| | Mechanical | 13 | $422 | $260 | $305 | $360 | $500 | $816 |
| | Pharmaceutical | 4 | $449 | ISD | $273 | $368 | $706 | ISD |
| Age | Younger than 35 | 13 | $381 | $243 | $263 | $325 | $450 | $684 |
| | 35-39 | 22 | $422 | $240 | $296 | $365 | $456 | $847 |
| | 40-44 | 14 | $546 | $358 | $399 | $488 | $653 | $905 |
| | 45-49 | 12 | $390 | $268 | $320 | $363 | $488 | $514 |
| | 50-54 | 6 | $414 | ISD | $330 | $405 | $511 | ISD |
| | 55-59 | 4 | $397 | ISD | $316 | $393 | $480 | ISD |
| Gender | Male | 57 | $450 | $289 | $335 | $400 | $513 | $711 |
| | Female | 16 | $373 | $218 | $256 | $330 | $414 | $641 |
| Highest Non-Law Degree | Bachelor's Degree | 41 | $433 | $275 | $309 | $395 | $500 | $724 |
| | Master's Degree | 15 | $428 | $247 | $310 | $377 | $510 | $784 |
| | Doctorate Degree | 17 | $434 | $290 | $333 | $400 | $515 | $638 |
| Ethnicity | White/Caucasian | 56 | $419 | $275 | $325 | $383 | $494 | $590 |
| | Black/African American | 3 | $497 | ISD | ISD | $400 | ISD | ISD |
| | Asian/Pacific Islander | 10 | $520 | $300 | $319 | $463 | $674 | $946 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 3 | $265 | ISD | ISD | $275 | ISD | ISD |
| | 3-5 | 5 | $377 | ISD | $293 | $375 | $463 | ISD |
| | 6-10 | 3 | $350 | ISD | ISD | $375 | ISD | ISD |
| | 11-25 | 20 | $377 | $254 | $305 | $364 | $444 | $510 |
| | 26-50 | 12 | $397 | $256 | $300 | $363 | $408 | $808 |
| | 51-100 | 14 | $496 | $275 | $355 | $483 | $546 | $863 |
| | 101-150 | 7 | $428 | ISD | $340 | $380 | $400 | ISD |
| | More than 150 | 7 | $640 | ISD | $500 | $585 | $810 | ISD |

## For the first 10 years of experience, billable hours recorded in 2020 (Q32)

*Private Firm, Partner-Track Attorney*

| | | \multicolumn{7}{c}{How many billable hours did you record in 2020?} | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 71 | 1,716 | 1,106 | 1,450 | 1,785 | 1,950 | 2,100 |
| Years of IP Law Attorney Experience | 1 | 5 | 1,175 | ISD | 486 | 950 | 1,975 | ISD |
| | 2 | 3 | 1,600 | ISD | ISD | 1,600 | ISD | ISD |
| | 3 | 3 | 1,782 | ISD | ISD | 2,002 | ISD | ISD |
| | 4 | 3 | 1,578 | ISD | ISD | 1,810 | ISD | ISD |
| | 5 | 5 | 1,924 | ISD | 1,730 | 1,960 | 2,100 | ISD |
| | 6 | 4 | 2,617 | ISD | 1,958 | 1,990 | 3,902 | ISD |
| | 7 | 8 | 1,792 | ISD | 1,598 | 1,813 | 1,891 | ISD |
| | 8 | 6 | 1,658 | ISD | 1,564 | 1,672 | 1,789 | ISD |
| | 9 | 5 | 1,808 | ISD | 1,627 | 1,836 | 1,975 | ISD |
| | 10 | 7 | 1,738 | ISD | 1,300 | 1,500 | 2,026 | ISD |

## For the first 10 years of experience, average hourly billing rate in 2020 (Q33)

*Private Firm, Partner-Track Attorney*

| | | \multicolumn{7}{c}{Average hourly billing rate in 2020} | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 74 | $432 | $275 | $320 | $390 | $500 | $650 |
| Years of IP Law Attorney Experience | 1 | 4 | $308 | ISD | $230 | $273 | $420 | ISD |
| | 3 | 4 | $478 | ISD | $306 | $413 | $714 | ISD |
| | 4 | 3 | $338 | ISD | ISD | $340 | ISD | ISD |
| | 6 | 4 | $378 | ISD | $299 | $360 | $474 | ISD |
| | 7 | 8 | $360 | ISD | $289 | $333 | $469 | ISD |
| | 8 | 7 | $465 | ISD | $375 | $400 | $530 | ISD |
| | 9 | 5 | $557 | ISD | $396 | $500 | $748 | ISD |
| | 10 | 7 | $453 | ISD | $318 | $370 | $550 | ISD |